AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TRACY D.L.C. SMITH and
CANDACE A. SMITH,

    Plaintiffs,

v.

RANDY AUSTIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:19-cv-167

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with said verdict that judgment is hereby entered in favor of the defendant, Randy Austin, and against the plaintiffs, Tracy D.L.C. Smith and Candace A. Smith.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: August 11, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020